## BULLARD *v.* THE STATE.

LUMPKIN, P. J. Certain portions of the testimony warranted the charges upon the law of voluntary manslaughter to which exception is taken. The evidence would, however, have amply supported a conviction of murder, and the plaintiff in error has no just cause for complaining of the verdict finding him guilty of the offense first mentioned. The judgment below will not be disturbed.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 22, — Decided March 22, 1898.

Indictment for murder. Before Judge Sweat. Pierce superior court. November term, 1897.

*Leon A. Wilson,* for plaintiff in error.
*John W. Bennett, solicitor-general,* contra.